[Civil No. 2138. Filed April 17, 1924.]

[224 Pac. 826.]

## DOLORES HANSEN, Appellant, v. JAMES HANSEN, Appellee.

APPEAL AND ERROR—APPEAL DISMISSED WHERE NO ASSIGNMENTS OF ERROR MADE AND RECORD NOT FOLIOED NOR INDEXED.—Where appellant made no assignments of error, and abstract of record was not folioed nor indexed, the appeal will be dismissed, in view of Civ. Code 1913, paragraph 1231, providing that court shall review all rulings and orders of lower court "which are assigned as error," and paragraph 1261, requiring appellant's brief to contain "an assignment of the errors relied upon."

APPEAL from a judgment of the Superior Court of the County of Pima. W. A. O'Connor, Judge. Appeal dismissed.

Mr. James R. Dunseath, for Appellant.

Mr. Edwin F. Jones, for Appellee.

ROSS, J.—The appellant has not in her brief or elsewhere made any assignments of error. Paragraph 1231 of the Civil Code 1913 provides:

---

See 2 R. C. L. 155, 159.
See 3 C. J. 1348; 4 C. J. 404.

"Upon appeal from a final judgment the court shall review all orders and rulings made by the court below, which are assigned as error, whether a motion for a new trial is made or not."

Paragraph 1261, Id., after providing for the filing of brief by the appellant, requires that it contain, among other things:

"A statement of the case, an assignment of the errors relied upon, separately stated, and the argument and authorities in support thereof."

There does not seem to be any provision of statute or rule of the court requiring us to review the record for errors except upon proper assignments. Recently we said (*Bouldin* v. *Sheerer,* 21 Ariz. 247, 187 Pac. 568):

"We have decided in a long line of cases that, in the absence of any assignment of error, and none appearing upon the face of the record, the appeal may be either dismissed or the judgment affirmed. [Authorities cited.] The members of the bar of the state must take notice that this salutary rule will hereafter be strictly enforced."

See, also, *Wootan* v. *Roten,* 19 Ariz. 235, 168 Pac. 640.

The abstract of the record is not folioed nor indexed. Attorneys who pay so little attention to the rules of the court and the provisions of the law in reference to appeals should not expect this court, crowded as we are with work, to assume the burden of searching the record for error.

The appeal is dismissed.

McALISTER, C. J., and LYMAN, J., concur.